AO 10*
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huennekens, Kevin R. | Virginia - Bankruptcy Court | 06/19/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

701 East Broad Street
Fifth Floor
Richmond, VA 23219-1888

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Wages Virginia Commonwealth University - Assistant Professor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | February 9, 2014 | Dallas, TX | ABI Commission meeting re study of proposed changes to chapter 11 | Transportation, Meals, Hotel Room |
| 2. | Northern Virginia Bankruptcy Bar Association | March 19-20, 2014 | Fairfax, VA | Faculty for legal educational seminar | Transportation, Meal, Hotel Room |
| 3. | American Bankruptcy Istitute | March 1-4, 2014 | New York, NY | Judge for Duberstein Moot Court Tournament | Transportation, Meals, Hotel |
| 4. | National Conference of Bankruptcy Judges | April 6-8, 2014 | Kansas City, MO | Attend board meeting at mid-year meeting | Transportation, Hotel Room |
| 5. | Southern District FL Bankruruptcy Bar Ass'n | May 8-12, 2014 | Key Largo, FL | Faculty for legal education seminar | Transportation, Meals, Hotel Room |

| # | | Dates | Location | | |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Institute | April 24-26, 2014 | Washington, DC | Faculty for legal educatioal seminar | Transportation, Meals, Hotel Room |
| 7. | American Bankruptcy Institute | August 13-17, 2014 | Maui, HI | Faculty for legal education seminar | Transportation, meals, hotel room |
| 8. | American Bankruptcy Institute | October 23-24, 2014 | Washington DC | Faculty for legal educational seminar | Meals & Hotel Room |
| 9. | American Bankruptcy Institute | December 3-7, 2014 | Palm Springs, CA | Faculty for legal educaton program | Transportation, Meals & Hotel Room |
| 10. | Virginia State Bar (CLE) | September 18-19, 2014 | Chalottesville, VA | Faculty for legal educational seminar at MidAtlantic Bankruptcy Institute | Meals, Hotel Room |
| 11. | National Conference of Bankruptcy Judges | October 7-11, 2014 | Chicago, Il | Attend board meeting at nat'l conference & faculty for legal educational seminar | Transportation, Hotel Room |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Northwestern Mutual adjustable Complife Policy | C | Dividend | L | T | | | | | |
| 2. | First Nat'l Bank of Omaha - Health Savings Account | A | Interest | J | T | | | | | |
| 3. | IRA for MEH IMLBX | A | Int./Div. | K | T | | | | | |
| 4. | Wells Fargo Savings Account | A | Interest | J | T | | | | | |
| 5. | Suntrust Checking Account | A | Interest | J | T | | | | | |
| 6. | Wells Fargo Advisors Cap Account - 9801 | | | L | T | | | | | |
| 7. | - cash and sweep ballances in Wells Fargo Account -9801 | A | Interest | | | | | | | |
| 8. | - ARTSX | A | Int./Div. | | | Sold | 09/26/14 | J | A | |
| 9. | - DGAGX | A | Int./Div. | | | Sold | 09/26/14 | J | B | |
| 10. | - MMIIX | A | Int./Div. | | | Sold | 09/26/14 | J | A | |
| 11. | - ARGYX | A | Int./Div. | | | Buy (add'l) | 02/05/14 | J | | |
| 12. | | | | | | Sold (part) | 08/25/14 | J | | |
| 13. | | | | | | Sold | 09/26/14 | J | | |
| 14. | - ARTVX | | None | | | Sold | 08/25/14 | J | A | |
| 15. | - CISGX | A | Int./Div. | | | Sold | 09/26/14 | J | A | |
| 16. | - DODFX | A | Int./Div. | | | Sold | 09/26/14 | J | A | |
| 17. | - DNVYX | A | Int./Div. | | | Sold | 08/25/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.   - FTXXX | | None | | | Sold | 09/26/14 | J | | |
| 19.   - HWMIX | A | Int./Div. | | | Sold | 09/26/14 | J | B | |
| 20.   - MEDIX | A | Int./Div. | | | Sold (part) | 08/25/14 | J | A | |
| 21. | | | | | Sold | 09/26/14 | J | A | |
| 22.   - OIBYX | A | Int./Div. | | | Sold | 09/26/14 | J | | |
| 23.   - OIGYX | A | Int./Div. | | | Sold | 08/25/14 | J | A | |
| 24.   - ORIYX | | None | | | Sold | 09/26/14 | J | A | |
| 25.   - PCRIX | | None | | | Sold | 09/26/14 | J | | |
| 26.   - PRSMX | A | Int./Div. | | | Sold | 09/26/14 | J | A | |
| 27.   - MCGIX | A | Int./Div. | | | Sold | 09/26/14 | J | A | |
| 28.   - DHLRX | A | Int./Div. | | | Sold | 09/26/14 | J | A | |
| 29.   - NWHYX | A | Int./Div. | | | Sold | 09/26/14 | J | A | |
| 30.   - ODVYX | A | Int./Div. | | | Sold | 09/26/14 | J | A | |
| 31.   - HNVIX | A | Int./Div. | | | Buy | 08/25/14 | J | | |
| 32. | | | | | Sold | 09/26/14 | J | | |
| 33.   IRA #1 for KRH (Account 5991) | D | Int./Div. | O | T | | | | | |
| 34.   - cash and sweep ballances in Wells Fargo Account 5991 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - IJR | | | | | Sold (part) | 10/14/14 | J | A | |
| 36.  - CIU | | | | | Sold (part) | 10/14/14 | J | A | |
| 37.  - LQD | | | | | Sold (part) | 06/09/14 | J | A | |
| 38. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 39.  - CSJ | | | | | Buy (add'l) | 03/18/14 | J | | |
| 40. | | | | | Sold (part) | 10/14/14 | J | | |
| 41. | | | | | Sold | 11/21/14 | J | | |
| 42.  - EWM | | | | | Sold (part) | 10/14/14 | J | | |
| 43. | | | | | Sold | 12/16/14 | J | | |
| 44.  - DBC | | | | | Sold (part) | 02/13/14 | J | | |
| 45. | | | | | Sold (part) | 08/22/14 | J | | |
| 46. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 47. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 48.  - JNK | | | | | Sold | 10/14/14 | J | A | |
| 49.  - VWO | | | | | Sold (part) | 02/13/14 | J | | |
| 50. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 51. | | | | | Buy (add'l) | 12/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - VEA | | | | | Sold | 02/13/14 | J | A | |
| 53. - IJH | | | | | Sold | 10/14/14 | J | A | |
| 54. - XLF | | | | | Sold (part) | 10/14/14 | J | A | |
| 55. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 56. - XLV | | | | | Sold (part) | 10/14/14 | J | A | |
| 57. - XLY | | | | | Sold (part) | 10/14/14 | J | A | |
| 58. - XLI | | | | | Sold (part) | 10/14/14 | J | A | |
| 59. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 60. - VNQ | | | | | Sold (part) | 10/14/14 | J | A | |
| 61. - VOX | | | | | Sold | 02/13/14 | J | A | |
| 62. - XLP | | | | | Sold (part) | 10/14/14 | J | A | |
| 63. - VGT | | | | | Sold (part) | 10/14/14 | J | A | |
| 64. - XLB | | | | | Sold (part) | 10/14/14 | J | A | |
| 65. - XLE | | | | | Buy (add'l) | 10/14/14 | J | | |
| 66. - BND | | | | | Sold (part) | 10/14/14 | J | | |
| 67. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 68. - EWU | | | | | Sold (part) | 10/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - EWY | | | | | Sold (part) | 10/14/14 | J | | |
| 70. - IGN | | | | | Sold (part) | 10/14/14 | J | A | |
| 71. - EWW | | | | | Sold (part) | 10/14/14 | J | A | |
| 72. - EIDO | | | | | Sold | 02/13/14 | J | | |
| 73. - FEZ | | | | | Buy (add'l) | 04/30/14 | J | | |
| 74. - KBE | | | | | Sold | 12/10/14 | J | B | |
| 75. - XRT | | | | | | | | | |
| 76. - ECON | | | | | Sold (part) | 10/14/14 | J | | |
| 77. - EWG | | | | | Buy (add'l) | 04/29/14 | J | | |
| 78. - EWJ | | | | | Buy (add'l) | 02/13/14 | J | | |
| 79. | | | | | Sold | 04/30/14 | J | | |
| 80. - DBB | | | | | Buy | 02/13/14 | J | | |
| 81. | | | | | Sold | 05/15/14 | J | | |
| 82. - IEF | | | | | Buy | 03/18/14 | J | | |
| 83. | | | | | Sold (part) | 10/14/14 | J | A | |
| 84. - PFF | | | | | Buy | 03/18/14 | J | | |
| 85. -DBE | | | | | Buy | 05/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 08/22/14 | J | | |
| 87. | | | | | Sold | 12/22/14 | J | | |
| 88. - SPY | | | | | Buy | 11/21/14 | J | | |
| 89. - MBB | | | | | Sold | 03/18/14 | J | A | |
| 90. IRA #2 for KRH (Account 9340) | B | Int./Div. | K | T | | | | | |
| 91. - cash and sweep ballancesi in Wells Fargo<br>Account 9340 | | | | | | | | | |
| 92. - DBC | | | | | Sold | 02/03/14 | J | | |
| 93. - IVV | | | | | Sold<br>(part) | 02/03/14 | L | | |
| 94. | | | | | Buy<br>(add'l) | 03/04/14 | K | | |
| 95. | | | | | Buy<br>(add'l) | 07/16/14 | K | | |
| 96. | | | | | Sold<br>(part) | 08/18/14 | K | B | |
| 97. | | | | | Buy<br>(add'l) | 09/16/14 | K | | |
| 98. | | | | | Buy<br>(add'l) | 10/01/14 | K | | |
| 99. | | | | | Sold<br>(part) | 10/16/14 | K | | |
| 100. | | | | | Sold<br>(part) | 10/22/14 | K | | |
| 101. | | | | | Sold<br>(part) | 12/16/14 | J | A | |
| 102. - IJH | | | | | Sold | 02/03/14 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 06/17/14 | K | | |
| 104. | | | | | Buy (add'l) | 07/01/14 | K | | |
| 105. | | | | | Sold (part) | 07/16/14 | K | | |
| 106. | | | | | Buy (add'l) | 09/02/14 | K | | |
| 107. | | | | | Buy (add'l) | 09/16/14 | K | | |
| 108. | | | | | Sold (part) | 10/01/14 | K | | |
| 109. | | | | | Sold (part) | 10/16/14 | K | | |
| 110. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 111. | | | | | Sold (part) | 12/16/14 | J | | |
| 112. - MVV | | | | | Buy (add'l) | 02/03/14 | K | | |
| 113. | | | | | Buy (add'l) | 06/17/14 | K | | |
| 114. | | | | | Buy (add'l) | 07/01/14 | K | | |
| 115. | | | | | Sold (part) | 07/16/14 | J | | |
| 116. | | | | | Sold (part) | 08/01/14 | J | | |
| 117. | | | | | Sold (part) | 09/02/14 | J | | |
| 118. | | | | | Sold (part) | 10/01/14 | J | | |
| 119. | | | | | Sold (part) | 10/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - SSO | | | | | Sold (part) | 02/03/14 | K | | |
| 121. | | | | | Buy (add'l) | 03/04/14 | K | | |
| 122. | | | | | Sold (part) | 05/01/14 | J | A | |
| 123. | | | | | Sold (part) | 05/20/14 | K | A | |
| 124. | | | | | Sold (part) | 07/01/14 | K | B | |
| 125. | | | | | Buy (add'l) | 07/16/14 | K | | |
| 126. | | | | | Sold (part) | 08/01/14 | J | B | |
| 127. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 128. | | | | | Sold (part) | 10/16/14 | J | | |
| 129.  - UST | | | | | Buy | 02/03/14 | L | | |
| 130. | | | | | Sold (part) | 03/04/14 | K | | |
| 131. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 132. | | | | | Buy (add'l) | 05/20/14 | K | | |
| 133. | | | | | Sold (part) | 06/17/14 | K | | |
| 134. | | | | | Buy (add'l) | 07/16/14 | K | | |
| 135. | | | | | Sold (part) | 09/16/14 | K | | |
| 136. | | | | | Buy (add'l) | 10/01/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 138. | | | | | Sold (part) | 10/22/14 | J | A | |
| 139. | | | | | Sold (part) | 11/18/14 | J | | |
| 140.  - IEI | | | | | Buy | 02/03/14 | L | | |
| 141. | | | | | Sold | 03/04/14 | L | | |
| 142. | | | | | Buy | 08/01/14 | K | | |
| 143. | | | | | Sold | 09/02/14 | K | A | |
| 144.  - SHY | | | | | Buy | 02/03/14 | L | | |
| 145. | | | | | Sold | 02/04/14 | L | | |
| 146. | | | | | Buy | 08/01/14 | K | | |
| 147. | | | | | Sold | 09/02/14 | K | | |
| 148. | | | | | Buy | 10/01/14 | K | | |
| 149. | | | | | Buy | 10/16/14 | L | | |
| 150. | | | | | Sold (part) | 10/22/14 | K | | |
| 151. | | | | | Sold | 11/18/14 | K | | |
| 152.  - UWM | | | | | Buy | 03/04/14 | K | | |
| 153. | | | | | Sold (part) | 05/01/14 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/20/14 | J | | |
| 155. | | | | | Buy (add'l) | 06/17/14 | K | | |
| 156. | | | | | Sold (part) | 08/01/14 | J | | |
| 157. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 158. | | | | | Sold (part) | 10/01/14 | J | | |
| 159. - IWM | | | | | Buy | 03/04/14 | L | | |
| 160. | | | | | Sold (part) | 05/01/14 | K | | |
| 161. | | | | | Sold | 05/20/14 | K | | |
| 162. | | | | | Buy | 06/17/14 | K | | |
| 163. | | | | | Buy (add'l) | 07/01/14 | K | | |
| 164. | | | | | Sold (part) | 08/01/14 | K | | |
| 165. | | | | | Buy (add'l) | 09/02/14 | K | | |
| 166. | | | | | Sold (part) | 10/01/14 | K | | |
| 167. - IEF | | | | | Buy | 05/01/14 | K | | |
| 168. | | | | | Buy (add'l) | 05/20/14 | L | | |
| 169. | | | | | Sold (part) | 06/17/14 | L | | |
| 170. | | | | | Sold | 07/01/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Huennekens, Kevin R. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 07/16/14 | K | | |
| 172. | | | | | Buy (add'l) | 08/18/14 | K | | |
| 173. | | | | | Sold (part) | 09/16/14 | L | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 06/19/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 6 - Entry isted in Column A is a header. Each asset held in this account is listed seperately at lines 7 through 32..

Part VII - Line 33 - Entry isted in Column A is a header. Each asset held in this account is listed seperately at lines 34 through 88.

Part VII - Line 90 - Entry isted in Column A is a header. Each asset held in this account is listed seperately at lines 91 through 173.

Part VII - Line 82 - Entry for "IEF" listed in original report and in this amended report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin R. Huennekens**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544